AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with the Twitter account<br>@IAMTHESPOOKSTER, with User ID 2258794200 that<br>is stored at premises controlled by Twitter, Inc. | ) ) ) ) ) ) ) Case No. 3:19 mj 519 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before __September 6, 2019__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Michael J. Newman__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __8/23/19, 10:30 AM__   _____ (Judge's signature)

City and state: __Dayton, Ohio__   __Hon. Michael J. Newman, U.S. Magistrate Judge__
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with Twitter account **@iamthespookster** with user ID **2258794200**, that is stored at premises owned, maintained, controlled, or operated by Twitter, Inc., a company headquartered at 1355 Market Street, Suite 900, San Francisco, California 94103.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Twitter, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, Inc. ("Twitter"), including any messages, records, files, logs, or information that have been deleted but are still available to Twitter, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Twitter is required to disclose the following information to the government for each account listed in Attachment A from **January 1, 2013 to Present**:

    a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

    b. All past and current usernames, account passwords, and names associated with the account;

    c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

    d. All IP logs and other documents showing the IP address, date, and time of each login to the account;

    e. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

    f. All "Tweets" and Direct Messages sent, received, "favorited," or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

1

g. All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, "mentions" or "replies");

h. All photographs and images in the user gallery for the account;

i. All location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

o. All information on the "Who to Follow" list for the account;

p. All privacy and account settings;

q. All records of Twitter searches performed by the account, including all past searches saved by the account;

r. All information about connections between the account and third-party websites and applications;

2

    s.    All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II. Information to be seized by the government

1. All records on the Account described in Attachment A that relate to violations of:

- 18 U.S.C. § 922(g)(3)
- 18 U.S.C. § 922(a)(6)
- 18 U.S.C. § 924(a)(1)(A)
- 18 U.S.C. § 1001
- 21 U.S.C. § 844

and involve **Connor Stephen BETTS (BETTS)** since **January 1, 2013,** including:

    a.    Any information related to the purchase, use, or possession of firearms;

    b.    Any information related to the purchase, use, or sale of controlled substances;

    c.    Any information related to the types, amounts, and prices of controlled substances or firearms purchased, used, or trafficked as well as dates, places, and amounts of specific transactions;

    d.    Any information related to sources of controlled substances or firearms (including names, addresses, phone numbers, or any other identifying information);

    e.    Any information recording **BETTS'** schedule or travel from 2013 to the present;

    f.    All bank records, checks, credit card bills, account information, and other financial records;

    g.    Records of Internet Protocol addresses used;

    h. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    i. Evidence indicating how and when the Twitter account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Twitter account owner;

    j. Evidence indicating the Twitter account owner's state of mind as it relates to the crime under investigation;

    k. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

    l. The identity of the person(s) who communicated with the user ID, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.